**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**DION L. HOUGHTALING,**

    **Plaintiff,**

**v.**                                                        **Case No. 8:03-cv-2733-T-30EAJ**

**RICARDO F. TIRADO-MONTES, et al.,**

    **Defendants.**
_____/

## AMENDED ORDER[1]

THIS CAUSE comes before the Court upon Defendant, Florida Department of Corrections' Motion to Dismiss Plaintiff's Claim for Money Damages Under 42 U.S.C. Section 1983 and Plaintiff's Claim for Punitive Damages Under State Law In Plaintiff's Amended Complaint (Dkt. #37). The Plaintiff failed to respond to the motion, but, upon review of the motion, the Court finds that the Florida Department of Corrections is merely raising the same arguments it made concerning Plaintiff's last Complaint. The motion was granted then because the State of Florida is entitled to Eleventh Amendment immunity from monetary claims under Section 1983 and Florida Statute §768.28(5) specifically provides that the State of Florida is not liable for punitive damages. The Court further determines it appropriate to treat the motion as a motion to strike.

It is therefore ORDERED AND ADJUDGED that:

---

[1] This Amended Order corrects the Order entered at Dkt. #52 on February 17, 2005, in which the wrong Order was inadvertently attached.

1.	Defendant, Florida Department of Corrections' Motion to Dismiss Plaintiff's Claim for Money Damages Under 42 U.S.C. Section 1983 and Plaintiff's Claim for Punitive Damages Under State Law In Plaintiff's Amended Complaint (Dkt. #37) is treated as a motion to strike and Plaintiff's claims for monetary compensation, both compensatory and punitive, are STRICKEN from the Complaint as against the Florida Department of Corrections.

**DONE** and **ORDERED** in Tampa, Florida on May 20, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

F:\Docs\2003\03-cv-2733.motionDismiss.wpd