## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**DION L. HOUGHTALING,**

    **Plaintiff,**

**v.**                                                     **Case No.  8:03-cv-2733-T-30EAJ**

**RICARDO F. TIRADO-MONTES, et al.,**

    **Defendants.**

_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Motion to Compel as to Defendant Adventist Health System/SunBelt, Inc. d/b/a Florida Hospital (hereinafter "Adventist") (Dkt. # 56).  For the reasons set forth below, this Court finds that Plaintiff's Motion should be **DENIED AS MOOT.**

## DISCUSSION

On March 7, 2005, Plaintiff filed the subject motion to compel the production of documents identified in his November 2, 2004 Request for Production of Documents (Dkt. # 56).  However, at the time the subject motion was filed, a Motion to Dismiss was pending before this Court[1].  Finding the documents requested did not relate to the issues raised in

---

[1] Prior to the filing of the instant motion, Adventist filed a Motion to Dismiss Plaintiff's Amended Complaint (Dkt # 33).  This court deferred ruling on Adventist's motion and ordered Plaintiff to show cause why the Motion to Dismiss should not be granted (Dkt. # 58). Plaintiff filed his response on April 8, 2005 (Dkt. 65).

Adventist's Motion to Dismiss, Magistrate Jenkins deferred ruling on Plaintiff's motion pending a resolution of Adventist's dispositive motion (Dkt. # 66).

On April 22, 2005, this Court granted in part and denied in part Adventist's motion and instructed Plaintiff to file, within 30 days, a Second Amended Complaint (Dkt. #67). Plaintiff filed a Second Amended Complaint on May 12, 2005 (Dkt. # 69). Adventist, thereafter, filed a Motion to Dismiss Plaintiff's Second Amended Complaint (Dkt. #70). On August 3, 2005, this Court granted Adventist's Motion to Dismiss and directed the clerk to terminate Adventist as a Defendant in this action (Dkt. # 74).

In light of this Court's granting of Adventist's Motion to Dismiss and terminating Adventist as a party to this action (Dkt. # 74), it is therefore ORDERED AND ADJUDGED that Plaintiff's Motion to Compel (**Dkt. #56**) is **DENIED AS MOOT.**

**DONE** and **ORDERED** in Tampa, Florida on August 19, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2003\03-cv-2733 - Motion to Compel - mootness.frm