**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DION L. HOUGHTALING,

    Plaintiff,

v.                                  Case No. 8:03-CV-2733-T-30EAJ

RICARDO F. TIRADO-MONTES,
et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on Defendant's Motion for Leave to Take Plaintiff's Deposition (Dkt. 102) filed May 13, 2008. Plaintiff has not filed a response to Defendants' motion.

**BACKGROUND**

This case was initiated by Plaintiff, a prisoner proceeding *pro se*, for alleged deliberate indifference to his serious medical needs. Defendants filed the instant motion, seeking an order permitting them to take the deposition of Plaintiff who is currently confined in prison.

**ANALYSIS**

Federal Rule of Civil Procedure 30 provides in part:

> A party must obtain leave of court, which shall be granted to the extent consistent with the principles stated in Rule 26(b)(2), if the person to be examined is confined in prison.

Rule 30(a)(2), Fed.R.Civ.P.  Rule 26(b)(2) permits limiting discovery if: (1) it is unreasonably cumulative or duplicative, or is obtainable from some other more convenient source; (2) the party seeking the discovery has had ample opportunity to obtain the information sought; or (3) the burden or expense of the deposition outweighs its likely benefit.  Rule 26(b)(2)(C), Fed.R.Civ.P.  Accordingly, the Court should permit the deposition of the Plaintiff unless he can show the deposition fits into one of the three categories above. *Williams v. Greenlee*, 210 F.R.D. 577, 578 (N.D. Tex. 2002).  Plaintiff has not done so, and the Court finds no reason to prevent the deposition.

    **ACCORDINGLY**, the Court **ORDERS** that:

    1.    Defendants' Motion for Leave to Take Plaintiff's Deposition (Dkt. 102) is **GRANTED**.  Defendants may take Plaintiff's deposition on or before July 3, 2008.

    2.    Counsel for Defendant is instructed that she must confer with the appropriate official at the institution at which the Plaintiff may be confined, to agree on an appropriate location, time, and date for the deposition.

    **DONE** and **ORDERED** in Tampa, Florida on June 9, 2008.

                                                 JAMES S. MOODY, JR.
                                                 UNITED STATES DISTRICT JUDGE

SA:sfc
Copy furnished to:
*Pro Se* Plaintiff
Counsel of Record