**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DION L. HOUGHTALING,

    Plaintiff,

v.                                          Case No. 8:03-CV-2733-T-30EAJ

RICARDO F. TIRADO-MONTES;
P. BAILEY; P. WAIT; FLORIDA
DEPARTMENT OF
CORRECTIONS; JAMES V. CROSBY,

    Defendants.
_____/

## **ORDER**

**THIS CAUSE** is before the Court on the Notice of Joint Stipulation for Dismissal in which Plaintiff and Defendants have stipulated that this action be dismissed with prejudice (Dkt. 105).

Rule 41 provides, in pertinent part, that "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared."  Rule 41(a)(1), Fed. R. Civ. P.  "Ordinarily, a Rule 41(a)(1) voluntary dismissal is effective immediately and requires no action by the district court." *See University of So. Ala. v. The American Tobacco Co.*, 168 F.3d 405 409 (11th Cir. 1999) (finding that a dismissal under Rule 41(a)(1) is generally self-executing).

ACCORDINGLY, the Court **ORDERS** that:

1. This action is **DISMISSED** with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

2. The **Clerk** shall terminate all pending motions and close this case.

**DONE** and **ORDERED** in Tampa, Florida on September 2, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copies to:
Plaintiff *pro se*
Counsel of Record